### 23483.   BREWER v. THE STATE.

BROYLES, C. J.   The defendant was convicted of a felony (the larceny of an automobile) upon the testimony of an accomplice.   That testimony was not sufficiently corroborated by the other evidence adduced; and therefore the court erred in refusing to grant a new trial.

*Judgment reversed.   MacIntyre and Guerry, JJ., concur.*

DECIDED OCTOBER 23, 1933.

See *Brewer* v. *State,* ante, 759.